UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Elin F. Haddad, | Case No. 12-67595 |
| Debtor._____/ | Hon. Phillip J. Shefferly |

### ORDER GRANTING IN PART CHAPTER 13 TRUSTEE'S MOTION REGARDING ORDER DISMISSING CHAPTER 13 CASE

On December 21, 2012, the Debtor filed this Chapter 13 case. On May 30, 2017, the Court entered an order dismissing this case ("Dismissal Order") (ECF No. 134). On June 5, 2017, the Chapter 13 Trustee ("Trustee") filed a motion for reconsideration of the Dismissal Order ("Motion") (ECF No. 137). On September 5, 2017, the Court issued an Opinion Granting In Part Chapter 13 Trustee's Motion Regarding Order Dismissing Chapter 13 Case ("Opinion") (ECF No. 158). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Motion's request to vacate the Dismissal Order is denied.

**IT IS FURTHER ORDERED** that the Motion's request to amend the Dismissal Order is granted, and the Dismissal Order is hereby amended as follows:

1. The Trustee is directed to file by September 20, 2017, a declaration ("Declaration") showing: (i) the name and amount of each allowed and unpaid unsecured claim in this Chapter 13 case ("Unsecured Claims"); (ii) the name and amount of each allowed and unpaid administrative expense claim in this case ("Administrative Expense Claims"); and (iii) the total amount necessary to pay in full all Unsecured Claims and Administrative Expense Claims ("Total Amount").

2. The Trustee is directed to: (i) inform The Settlement Alliance that the Court has authorized the Trustee to take possession of a portion of the Settlement Proceeds (as that term is defined in the Opinion) presently held by The Settlement Alliance equal to the Total Amount and pay it to the Unsecured Claims and Administrative Expense Claims; (ii) request The Settlement Alliance to immediately pay the Total Amount to the Trustee; and (iii) inform The Settlement Alliance that the Trustee has no further claim to the remainder of the Settlement Proceeds, and that The Settlement Alliance may pay such remainder to the Debtor.

3. The Trustee is authorized to pay the Unsecured Claims and the Administrative Expense Claims in the amounts set forth in the Declaration.

4. After the Trustee has paid the Unsecured Claims and the Administrative Expense Claims pursuant to this order, the Trustee shall take appropriate steps, consistent with the Trustee's ordinary practice, to file a final report and close this Chapter 13 case.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the terms and provisions of this order.

**Signed on September 05, 2017**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**